In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-359 CR


____________________



KEVIN FELPS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 92888






 MEMORANDUM OPINION


 On October 15, 2007, the trial court sentenced Kevin Felps as a repeat felony offender
on a conviction for driving while intoxicated. Felps filed a notice of appeal on August 21,
2008. The trial court entered a certification of the defendant's right to appeal in which the
court certified that this is a plea-bargain case and the defendant has no right of appeal. See
Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the
Court of Appeals.

 On August 21, 2008, we notified the parties that we would dismiss the appeal unless
an amended certification was filed within fifteen days of the date of the notice and made a
part of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been
supplemented with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 HOLLIS HORTON

 Justice

 

Opinion Delivered October 1, 2008

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.